UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 23-61432-CIV-CANNON

**MICHAEL FLYNN**,

    Plaintiff,

v.

**COMCAST CABLE
COMMUNICATIONS MANAGEMENT, LLC.**,

    Defendant.
_____/

## ORDER GRANTING UNOPPOSED MOTION
## TO COMPEL ARBITRATION AND STAYING CASE

**THIS CAUSE** comes before the Court upon Defendant's Unopposed Motion to Compel Arbitration and to Stay Case (the "Motion") [ECF No. 8], on August 18, 2023. In the Motion, Defendant seeks to compel arbitration of Plaintiff's claims pursuant to the parties' written agreement, which includes a provision requiring that all claims be submitted to binding arbitration [ECF No. 8]. Plaintiff does not oppose the Motion and has agreed to submit his claims to arbitration [ECF No. 8 p. 3].

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Defendant's Unopposed Motion to Compel Arbitration [ECF No. 8] is **GRANTED**.

2. This case is **STAYED** without prejudice pending arbitration.

3. Every **ninety (90) days** following the date of this Order, the parties are directed to **jointly** file status reports apprising the Court of the status of the dispute resolution process.

4. The Clerk of Court shall **CLOSE** this case for administrative purposes only. Any scheduled hearings are **CANCELED**, any pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 21st day of August 2023.

                              **AILEEN M. CANNON**
                              **UNITED STATES DISTRICT JUDGE**

cc:   counsel of record